# JUSTIN A. ZELLER, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/03/2020

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

July 31, 2020

**VIA ECF**

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Catahan et al v. Eco Community Cleaners Inc. et al*, 20 CV 1749 (AT)

Dear Judge Torres:

  This firm represents the plaintiff in the above-referenced action. The plaintiff moves to adjourn the August 6, 2020, conference because no defendant has appeared despite being fully served. I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri

GRANTED. The conference scheduled for August 6, 2020 is ADJOURNED to **August 20, 2020**, at **11:00 a.m**. By **August 13, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: August 3, 2020
   New York, New York

ANALISA TORRES
United States District Judge