USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2020

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

August 11, 2020

**VIA ECF**

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Catahan et al v. Eco Community Cleaners Inc. et al*, 20 CV 1749 (AT)

Dear Judge Torres:

  This firm represents the plaintiff in the above-referenced action. No defendants have appeared in this action, so plaintiff moves to adjourn Thursday's deadline to submit pre-conference materials, and to adjourn the August 20, 2020, conference, *sine die*. In any matter, if the Court will not grant this relief, plaintiff asks the Court to adjourn the August 20, 2020, conference on other grounds because plaintiff's attorney will be out of state and away from computer access from tomorrow until August 23, 2020.

  I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

GRANTED. The initial pretrial conference scheduled for August 20, 2020, is ADJOURNED to **September 21, 2020**, at **10:40 a.m**. By **September 14, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: August 13, 2020
   New York, New York

_____
ANALISA TORRES
United States District Judge