```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL G. CATAHAN, individually and in behalf of all other individuals similarly situated,

                Plaintiff,

-against-

ECO COMMUNITY CLEANERS INC.; JYA CLEANERS, INC.; MERCER CLEANER CORP.; and SUNG LEE; jointly and severally,

                Defendants.

20 Civ. 1749 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's submissions for a default judgment at ECF Nos. 39–42. By **April 30, 2021**, Plaintiff shall resubmit his materials for default judgment in accordance with Attachment A to the Court's Individual Rules in Civil Cases. An affidavit must be submitted by Plaintiff, Noel G. Catahan, setting forth "a statement of proposed damages and the basis for each element of damages, including a step-by-step explanation of each calculation." Rule 1(b) of Attachment A.

    If the precise damage amount cannot be determined by Plaintiff at present, Plaintiff's affidavit shall set forth "a statement of proposed damages and basis for each element of damages" without calculations, *id.*, so that the Court may grant default judgment and refer the matter to the magistrate judge for an inquest on damages.

    SO ORDERED.

Dated: April 21, 2021
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge