USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

NOEL G. CATAHAN ET AL.,

                       Plaintiffs,

        -against-

ECO COMMUNITY CLEANERS INC. ET AL.,

                       Defendants.

-----------------------------------------------------------------X

**20-CV-1749 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       This case has been referred to me for an inquest on damages requiring a report and recommendation. (ECF No. 70.) By **November 4, 2021**, Plaintiffs are directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiffs' reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

       By no later than **November 4, 2021**, Plaintiffs shall serve a copy of its Motion for Default Judgment and all supporting inquest papers, along with a copy of this Order, via a method intended to ensure delivery to Defendants (including service at Defendants' principal place of business). Plaintiffs shall file an affidavit of service of all papers with the Court.

Defendants shall have until **December 6, 2021** to object or otherwise respond to Plaintiffs' Motion for a Default Judgment and application for damages. Defendants must file any objections or response with the Court and serve the response and/or objections on Plaintiffs' counsel.

A hearing will take place on **January 6, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED:   New York, New York
         October 4, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge