USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOEL G. CATAHAN ET AL.,

                        Plaintiffs,                  20-CV-1749 (AT) (KHP)

     -against-                                **ORDER**

ECO COMMUNITY CLEANERS INC. ET AL.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As the parties are aware, this case has been referred to me for an inquest on damages requiring a report and recommendation. (ECF No. 70.) This action is scheduled for a pre-inquest conference on **Thursday, December 2, 2021 at 11:30 a.m.** Counsel is directed to call the court's telephone conference line at the scheduled time. **Please dial (866) 434-5269, Access Code: 4858267.**

      **SO ORDERED.**

DATED:    New York, New York
                November 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge