USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NOEL G. CATAHAN ET AL.,

                             Plaintiffs,

          -against-

ECO COMMUNITY CLEANERS INC. ET AL.,

                             Defendants.

-----------------------------------------------------------------X

20-CV-1749 (AT) (KHP)

**ORDER CONVERTING INQUEST HEARING TO TELEPHONIC CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Inquest Hearing in this matter scheduled for **Wednesday, January 19, 2022, at 2:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
              January 6, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge