**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

NOEL G. CATAHAN ET AL.,

                    Plaintiffs,              20-CV-1749 (AT) (KHP)

     -against-                                      **ORDER**

ECO COMMUNITY CLEANERS INC. ET AL.,

                    Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' letters requesting adjournment of the inquest hearing scheduled for January 19, 2022. (ECF Nos. 80-81). The request is DENIED and the hearing will proceed as scheduled. Defendants shall also be prepared to discuss why the Clerk's Certificate of Default should be vacated.

       SO ORDERED.

DATED:    New York, New York
               January 14, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge