```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOEL G. CATAHAN ET AL.,

                           Plaintiffs,        20-CV-1749 (AT) (KHP)

      -against-                            ORDER SCHEDULING SETTLEMENT
                                                         CONFERENCE

ECO COMMUNITY CLEANERS INC. ET AL.,

                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, April 14, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **April 7, 2022 by 5:00 p.m.**

        SO ORDERED.

DATED:     New York, New York
               January 19, 2022

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge