```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL G. CATAHAN,

                Plaintiff,

-against-

ECO COMMUNITY CLEANERS INC.;
JYA CLEANERS, INC.; MERCER
CLEANER CORP.; and SUNG LEE;
jointly and severally,

                Defendants.

20 Civ. 1749 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

      The parties are reminded that they may consent to proceed before the Honorable Katharine H. Parker, who would then oversee the approval of the anticipated settlement.  If the parties consent to Judge Parker's jurisdiction, by **June 20, 2022**, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754 on the docket.  The parties are free to withhold consent without negative consequences.

      If the Court approves that form, all further proceedings will then be conducted before Judge Parker rather than before the undersigned.  An information sheet on proceedings before magistrate judges is also attached to this order.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

      SO ORDERED.

Dated: June 14, 2022
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge