USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOEL G. CATAHAN ET AL.,

                       Plaintiffs,

      -against-

ECO COMMUNITY CLEANERS INC. ET AL.,

                       Defendants.
-----------------------------------------------------------------X

20-CV-1749 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during the case management on August 23, 2022, the Court orders the following:

- Fact Discovery is extended to October 14, 2022.

- By August 31, 2022, Plaintiffs shall file their amended complaint listing the newly identified related corporate entity, which the Court understands will be on consent. The new pleading shall be accompanied by a stipulation indicating Defendants' consent. The answer to the amended pleading shall be filed by September 30, 2022.

- To the extent the parties cannot resolve the disputed interrogatory responses and document production after a meet and confer, Plaintiffs shall move to compel by September 9, 2022. Defendants shall respond by September 23, 2022. Should the parties reach a resolution regarding the same, a joint status letter shall be filed on ECF by September 9, 2022.

**SO ORDERED.**

DATED: New York, New York
August 23, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

2