# LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2022
```

August 31, 2022

**VIA ECF**

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Catahan et al v. Eco Community Cleaners Inc. et al*, 20 CV 1749 (AT) (KHP)

Dear Judge Torres,

The undersigned is counsel to plaintiff in the above action. On August 24, 2022, the Court ordered the plaintiff to file their amended complaint, with consent of counsel for defendants. Our office has made numerous attempts to obtain consent from opposing counsel, but we have yet to receive a reply.

Plaintiff respectfully requests a one-week extension of time to file the amended complaint, as we continue to request consent from opposing counsel.

I thank the Court for its time and consideration.

Respectfully submitted,

Justin A. Zeller

---

In light of Defendants' consent at ECF No. 127, Plaintiffs' application is granted. The contemplated amended complaint shall be filed by September 7, 2022. As this action is referred to me for general pretrial supervision, the parties are reminded to address scheduling requests to the undersigned.

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE       9/1/2022

---

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007-2086