```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
NOEL G. CATAHAN ET AL.,

                          Plaintiffs,

        -against-

ECO COMMUNITY CLEANERS INC. ET AL.,

                          Defendants.
------------------------------------------------------------------X

20-CV-1749 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court previously ordered the Defendants to answer the amended pleading by September 30, 2022. (ECF No. 122.) The Court also ordered that the parties file a joint status letter regarding the parties' discovery disputes on ECF by September 9, 2022 or that the Plaintiffs move to compel by the same date. In light of the parties' failure to take any of the actions ordered, the parties are ordered to file a joint status letter updating the Court on the status of the case by **January 4, 2023**.

        **SO ORDERED.**

DATED:    New York, New York
              December 27, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge