```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NOEL G. CATAHAN ET AL.,

                            Plaintiffs,             **20-CV-1749 (AT) (KHP)**

         -against-                                          **ORDER**

ECO COMMUNITY CLEANERS INC. ET AL.,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously ordered the parties file a joint status letter updating the Court on the status of the case by January 4, 2023.  (ECF No. 130.)  In lieu of a joint status letter, the Defendants filed their Answer to the Complaint and what appears to be an offer of settlement to the Plaintiffs.  In light of the parties' failure to follow the previous order, the parties are again ordered to file a joint status letter updating the Court on the status of the case and whether the parties request an additional settlement conference in front of this Court by **January 17, 2023**.

      **SO ORDERED.**

DATED:     New York, New York
                January 9, 2023

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge