```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NOEL G. CATAHAN ET AL.,

                    Plaintiffs,                    20-CV-1749 (AT) (KHP)

      -against-                         **ORDER**

ECO COMMUNITY CLEANERS INC. ET AL.,

                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court previously ordered that the parties file a joint status letter updating the Court on the status of the case by January 4, 2023 and by January 17, 2023, but no letters were filed. (ECF No. 130, 133.) It appears that Plaintiff has abandoned the case. Failure to provide a status letter with an update to the Court **by February 13, 2023** may result in a recommendation that the matter be dismissed for failure to prosecute.

      **SO ORDERED.**

DATED:    New York, New York
                January 23, 2023

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge