# PETER Y. LEE
## ATTORNEY AT LAW

| | |
|---|---|
| 770 River Road | (212) 808-0716 Tel |
| P.O. Box 52 | (212) 808-0719 Fax |
| Edgewater, NJ 07020 | Peter.Lee@LeeAdvocates.com |

April 19, 2023

Hon. Katharine H. Parker, U.S.M.J.
U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

      **RE:**    Catahan vs. Eco Community
                S.D.N.Y. Case No. 1:20-cv-01749-AT-KHP

Dear Judge Parker:

    In light of our ECF 141 pre-motion letter to District Judge Torres and the termination of our representation of Defendants, Eco Community Cleaners, Jya Cleaners Inc., Mercer Cleaner Corp., Y&I French Cleaners Inc., and Sung Lee (together, the "Defendants"), we respectfully request the Honorable Court to adjourn the case management conference presently scheduled for April 24, 2023.

    Among other things, we now lack any authority to act or speak on behalf of the Defendants, given their request for new representation. *See* ECF 141-1. We received Defendants' discharge notice yesterday. To the extent District Judge Torres allows us leave to bring an application to withdraw from the case, we respectfully request the Court to adjourn the conference until after the motion is decided.

    We thank the Court for Your Honor's valuable consideration.

                                                    Respectfully,

                                                  /s/ Peter Y. Lee

                                                  PETER Y. LEE

PYL/ddh
cc: Mr. Justin Zeller, Esq.

---

**SO ORDERED:**

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
4/20/2023

The case management conference scheduled on April 24, 2023 in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York is adjourned to July 25, 2023 at 2:30 p.m.

Pursuant to Defendants' counsel's request at ECF No. 141, the deadline for counsel's motion to withdraw is **April 28, 2023**.