**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

NOEL G. CATAHAN ET AL.,

                          Plaintiffs,

             -against-

ECO COMMUNITY CLEANERS INC. ET AL.,

                         Defendants.

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:** 6/2/2023

**20-CV-1749 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Individual Plaintiff and the Individual Defendant are ordered to appear in person at the case management conference scheduled for **July 25, 2023, at 2:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York**. The Individual Defendant shall appear at the conference with his new counsel, if any, and counsel for the corporate entities.

**Plaintiff's counsel shall deliver a copy of this order to his client and ensure Plaintiff attends the conference. Plaintiff shall serve a copy of this order on Defendants.**

        **SO ORDERED.**

DATED:      New York, New York
           June 2, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge