```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOEL G. CATAHAN ET AL.,

                          Plaintiffs,

        -against-

ECO COMMUNITY CLEANERS INC. ET AL.,

                         Defendants.

-----------------------------------------------------------------X

20-CV-1749 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the July 25, 2023 conference, the case against individual defendant Lee is ready for trial. Plaintiff shall file and serve its motion for default judgment on the corporate defendant by **Monday, September 25, 2023**.

      The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

      Finally, to the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at

http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it via ECF.

**Plaintiff shall serve a copy of this order on Defendants.**

**SO ORDERED.**

DATED:	New York, New York
	July 25, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge