LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024

February 26, 2024

*Via ECF*

Hon. Katharine H. Parker, United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Catahan et al v. Eco Community Cleaners Inc. et al*, 20 CV 1749 (SHS) (KHP)

Your Honor:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves to adjourn the motion hearing scheduled for February 28, 2024. There has been no such prior motion. The motion pertains to four defendant corporations unrepresented by counsel.

    The Court may recall that I appeared in this action last September. I sincerely apologize to the Court that, primarily because of a computer problem but also my unfamiliarity with some of the procedural history of this action I have learned is required to be recounted in the proposed clerk's certificates of default, it took longer than I expected to prepare the affirmations and clerk's certificates of default, a problem unfortunately exacerbated by having two other appearances scheduled for this week. I ask for an extension of time to March 1, 2024, to serve the papers pursuant to the two January 29, 2024, orders, and that the hearing be adjourned to a date as soon thereafter as the Court is available and that allows sufficient notice to the defendants.

    I thank the Court for its time and consideration.

Respectfully submitted,

Brandon D. Sherr

APPLICATION GRANTED
*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.   02/27/2024

**APPLICATION GRANTED:** The hearing in this matter scheduled for Thursday, February 28, 2024 at 2:15 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, April 8, 2024 at 2:00 p.m.**  Plaintiff shall file all affidavits and evidence supporting his claim of damages, and ensure all such materials are served on Defendants, by no later than March 1, 2024. Plaintiff shall file an affidavit of service of same with the Court. Defendants shall file an opposition to the motion for default and damages by March 22, 2024 and shall appear on April 8, 2024 if they contest the motion for default and damages requested. The corporate defendants are reminded they must appear through counsel or a default will issue against them. Plaintiff shall serve a copy of this Order on Defendants and file an affidavit of service of same.