UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NOEL G. CATAHAN, : 20-cv-1749 (SHS)

                Plaintiff, :

     -v- : ORDER

ECO COMMUNITY CLEANERS, INC., :
JYA CLEANERS, INC., MERCER CLEANER
CORP., SUNG LEE, Y&I FRENCH CLEANERS :
INC.,
                 :
                Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On July 26, 2024, Magistrate Judge Katherine H. Parker issued a thorough and well-reasoned Report and Recommendation recommending that plaintiff's motion for leave to file a second amended complaint [ECF Doc. No. 187] be denied [ECF Doc. No. 189].

      On August 12, 2024, plaintiff filed objections to that Report and Recommendation [ECF Doc. No. 190].

      The Court has reviewed the above documents and determines that it is neither clearly erroneous nor contrary to law. The Court hereby adopts the Report and Recommendation and denies plaintiff's motion for leave to file a second amended complaint.

      The Clerk of Court is directed to change the caption of this action on ECF to read as set forth above.

Dated: New York, New York
       August 27, 2024

                                    SO ORDERED:

                                    Sidney H. Stein, U.S.D.J.