UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NOEL G. CATAHAN,                             :       20-cv-1749 (SHS)

                 Plaintiff,        :

   -v-                                        :       ORDER

ECO COMMUNITY CLEANERS, INC.,                :
JYA CLEANERS, INC., MERCER CLEANER
CORP., SUNG LEE, Y&I FRENCH CLEANERS          :
INC.,
                                             :

                 Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On May 23, 2024, Magistrate Judge Katherine H. Parker issued a thorough and well-reasoned Report and Recommendation recommending that defendants' answer be stricken and that a default judgment be issued against all defendants [ECF Doc. No. 186]. No objections have been filed to that Report and Recommendation.

      The Report and Recommendation has been reviewed by this Court and the Court hereby adopts its recommendations. Accordingly, plaintiff's motion seeking a default judgment against all defendants is granted; defendants' answer is stricken and a judgment on default shall be issued against all defendants, jointly and severally, in the amount of $65,451.30 in respect of minimum wage, overtime, and spread of hours pay, and $65,451.30 in respect of liquidated damages, plus pre-judgment interest on the minimum wage, overtime, and spread of hours (that is, on $65,451.30) at a rate of nine percent per annum, and post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. In light of this determination, plaintiff's motions for sanctions [ECF Doc. No. 153 and 180] are denied as moot.

Dated: New York, New York
      August 27, 2024

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.