UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOEL G. CATAHAN,

                Plaintiff,                    20 **CIVIL** 1749 (SHS)(KHP)

     -against-                          **JUDGMENT**

ECO COMMUNITY CLEANERS, INC.,
JYA CLEANERS, INC., MERCER
CLEANERCORP., SUNG LEE, Y & I FRENCH
CLEANERS INC.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, plaintiff's motion seeking a default judgment against all defendants is granted; defendants' answer is stricken and a judgment on default shall be issued against all defendants, jointly and severally, in the amount of $65,451.30 in respect of minimum wage, overtime, and spread of hours pay, and $65,451.30 in respect of liquidated damages, plus pre-judgment interest on the minimum wage, overtime, and spread of hours (that is, on $65,451.30) at a rate of nine percent per annum from November 5, 2016 until entry of the judgment in the amount of $46,059.78, and post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. In light of this determination, plaintiff's motions for sanctions are denied as moot.

**Dated:** New York, New York
         August 29, 2024

                                                        **DANIEL ORTIZ**
                                                        Acting Clerk of Court

                                      BY:
                                                        **Deputy Clerk**