UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOEL G. CATAHAN,

                Plaintiff,

      -v-

ECO COMMUNITY CLEANERS, INC.,
JYA CLEANERS, INC., MERCER
CLEANER CORP., SUNG LEE, Y&I
FRENCH CLEANERS INC.,

                Defendants.

20-cv-1749 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    On February 6, 2025, Magistrate Judge Katharine Parker issued an Amended Report and Recommendation ("Amended R&R") on plaintiff's motion to correct judgment (ECF No. 194) and his motion for attorney's fees (ECF No. 197). (ECF No. 205.) Plaintiff had fourteen days to file any written objections to the Amended R&R. *See* Fed. R. Civ. P. 72(b)(2); (ECF No. 205 at 7). That time has passed. Accordingly, Catahan has waived any objection to the Amended R&R.

    Defendants, however, have seventeen days from the date they are served with the Amended R&R to file any objections. (ECF No. 205 at 7.) As of today, no proof of service has been filed on the docket. Plaintiff is hereby ordered to file on the docket proof of service of the Amended R&R on the defendants by March 19, 2025.

Dated: New York, New York
         March 11, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.