## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NOEL G. CATAHAN,

                         Plaintiff,                    20 **CIVIL** 1749 (SHS)(KHP)

             -against-                      **<u>AMENDED JUDGMENT</u>**

ECO COMMUNITY CLEANERS, INC.,
JYA CLEANERS, INC., MERCER
CLEANERCORP., SUNG LEE, Y&I FRENCH
CLEANERS INC.,

                        Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, and the Court's Order dated April 23, 2025, plaintiff's motion seeking a default judgment against all defendants is granted; defendants' answer is stricken and a judgment on default is issued against all defendants, jointly and severally, in the amount of $65,451.30 in respect of minimum wage, overtime, and spread of hours pay, and $65,451.30 in respect of liquidated damages, plus pre-judgment interest on the minimum wage, overtime, and spread of hours (that is, on $65,451.30) at a rate of nine percent per annum from November 5, 2016 until entry of the judgment in the amount of $46,059.78, and post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 28 U.S.C. § 1961. In light of this determination, plaintiff's motions for sanctions are denied as moot. Plaintiff's motion to correct judgment is granted and the judgment is amended to state, in accordance with the New York Minimum Wage Act, that: "If any amounts of the judgment remain unpaid upon the expiration of ninety days following issuance of this judgment, or ninety days after expiration of

the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent." The Court has also granted plaintiff's motion for attorney's fees and costs and awards $32,835 in fees and $417.19 in nontaxable expenses.

**Dated:** New York, New York
April 23, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** *K. Mango*
**Deputy Clerk**